

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York 10018

**T** (212) 218-5500

**F** (212) 218-5526

joslick@seyfarth.com

T (212) 218-6480

www.seyfarth.com

June 26, 2026

**VIA ECF**
The Honorable Mary Kay Costello, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re:  *Johnson v. The PNC Financial Services Group, Inc. d/b/a PNC Bank*, **Civil Action No. 2:24-cv-05283**

Dear Judge Costello:

We represent the parties in the above-referenced matter.  We write jointly to request that the upcoming trial readiness conference scheduled on Thursday July 9, 2026 at 11:00 AM EST be adjourned, and the scheduling order suspended, pending a decision on Defendant's motion for summary judgment.

While the parties disagree about the merits of Defendant's summary judgment motion, the parties mutually wish to avoid unnecessary time and expenses expended preparing for trial if PNC's summary judgment motion is granted.

Accordingly, the parties jointly stipulate their request that the trial readiness conference be adjourned pending a decision on the summary judgment motion.  This is the parties' third request to adjourn the trial readiness conference, and for substantively the same reason.  No other deadlines are affected by this request.

We thank the Court for its consideration.

326812341v.1



**KOLLER LAW LLC**

By: */s/ Jordan D. Santo (e-signed with*
    *permission)*
    David Koller, Esq.
    Jordan D. Santo, Esq.,
    2043 Locust Street, Suite 1-B,
    Philadelphia, PA 19103
    (215) 545-8917 ext. 3
    davidk@phillyhometownlawyer.com
    jordans@kollerlawfirm.com

*Attorney for Plaintiff*

**SEYFARTH SHAW LLP**

By: *Jacob Oslick*
    Jacob Oslick, Esq.
    620 Eight Avenue,
    New York, NY 10018
    (212) 218-3332
    joslick@seyfarth.com

*Attorney for Defendant*

**SO ORDERED:**

_____
Hon. Mary Kay Costello, U.S.D.J.