**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **BREANNA JOHNSON,**<br>            *Plaintiff,*<br><br>**v.**<br><br>**THE PNC FINANCIAL SERVICES<br>GROUP, INC. d/b/a PNC BANK,**<br>            *Defendant.* | **Case No. 24-5283** |

**NOTICE RESCHEDULING TRIAL READINESS CONFERENCE**

The Trial Readiness Conference in this matter scheduled to be held on July 9, 2026, has

been **RESCHEDULED** to be held on **October 8, 2026 at 10:00 a.m.**, in Chambers on the 6th

floor at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia,

PA 19106.

s/ Michael Coyle
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Mary Kay Costello
United States District Court Judge

**Date of Notice: July 1, 2026
Copies sent via ECF Notification.**