**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BREANNA JOHNSON,**<br>*Plaintiff,*<br><br>**v.**<br><br>**THE PNC FINANCIAL SERVICES GROUP, INC. d/b/a PNC BANK,**<br>*Defendant.* | **Civil No. 24-5283** |

**ORDER**

**AND NOW,** on this 12th day of August, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 15) and all corresponding briefing, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is hereby **ORDERED** to close this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge